IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:04CR376 |
| v. | ) | |
| WILLIE J. ROBINSON, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on its own motion. It has come to the court's attention that the defendant has been released from state custody and that he cannot commence treatment at the Salvation Army until Monday, August 11, 2008. Accordingly

IT IS ORDERED that the defendant is detained. It is further ordered that the defendant shall be released from custody on August 11, 2008, at 9:00 a.m., subject to the conditions of release previously ordered by the court.

DATED this 7th day of August, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge